1  C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
2  Alexander M. Porcaro (State Bar No. 281185)
    aporcaro@fbm.com
3  Farella Braun + Martel LLP
4  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
5  Telephone:    (415) 954-4400
   Facsimile:    (415) 954-4480
6

7  Attorneys for Defendant
   DELL FINANCIAL SERVICES, LLC
8

9                  UNITED STATES DISTRICT COURT OF CALIFORNIA

10                                EASTERN DISTRICT

11

| FLOSERFIDA GARFIL,<br><br>                Plaintiff,<br><br>v.<br><br>DELL FINANCIAL SERVICES, LLC,<br>foreign limited liability company; and DOES<br>1 to 10, inclusive,<br><br>                Defendants. | Case No. 14-cv-01729-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144)**<br><br>Complaint filed:            July 22, 2014<br>Complaint served:         August 11, 2014<br>Current response date:  September 30, 2014<br>New response date:       October 31, 2014 |
|---|---|

19

20      Plaintiff FLOSERFIDA GARFIL ("Plaintiff") and Defendant DELL FINANCIAL

21 SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and

22 agree as follows:

23      WHEREAS, on July 22, 2014, Plaintiff filed her Complaint in this action;

24      WHEREAS, on August 11, 2014, Plaintiff served Defendant with a copy of the Complaint

25 and Summons in a Civil Action;

26      WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendant initially needed

27 to file and serve a response to Plaintiff's Complaint on or before September 2, 2014;

28

1    WHEREAS, pursuant to stipulation filed on August 22, 2014, the parties extended the time for Defendant's response by 28 days, to and including September 30, 2014, as authorized by Local Rule 144 without Court order;

WHEREAS, Defendant has requested from Plaintiff additional time to conduct an initial factual investigation and prepare a response to Plaintiff's Complaint;

WHEREAS both parties have agreed that good cause exists to extend the time for Defendant to respond to Plaintiff's Complaint by 31 days, to and including October 31, 2014;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT Defendant shall have an additional 31 days, to and including October 31, 2014, to move, answer, or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: September 19, 2014         FARELLA BRAUN + MARTEL LLP

By: /s/ Alexander M. Porcaro
      Alexander M. Porcaro

Attorneys for Defendant
DELL FINANCIAL SERVICES, LLC

Dated: September 19, 2014         PRICE LAW GROUP, APC

By: /s/ Stuart M. Price (as authorized on Sept. 19, 2014)
      Stuart M. Price

Attorneys for Plaintiff
FLOSERFIDA GARFIL

1 **ORDER**

IT IS SO ORDERED.

Dated: September 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge