C. Brandon Wisoff (State Bar No. 121930)
 bwisoff@fbm.com
Alexander M. Porcaro (State Bar No. 281185)
 aporcaro@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:     (415) 954-4400
Facsimile:     (415) 954-4480

Attorneys for Defendant
DELL FINANCIAL SERVICES, LLC

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| FLOSERFIDA GARFIL,<br><br>           Plaintiff,<br><br>v.<br><br>DELL FINANCIAL SERVICES, LLC,<br>foreign limited liability company; and DOES<br>1 to 10, inclusive,<br><br>           Defendants. | Case No. 14-cv-01729-GEB-AC<br><br>**JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE (L.R. 144, 240)**<br><br>Complaint filed:          July 22, 2014<br>Current response date:  December 31, 2014 |

Plaintiff FLOSERFIDA GARFIL ("Plaintiff") and Defendant DELL FINANCIAL SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby agree as follows:

WHEREAS, pursuant to Court order dated July 23, 2014, an Initial Scheduling Conference was initially scheduled for October 27, 2014 at 9:00 a.m., with the parties to file a Rule 26(f) Joint Status Report by October 13, 2014;

WHEREAS, pursuant to joint request and Court minute order dated October 16, 2014, the Initial Scheduling Conference was continued to December 15, 2014 at 9:00 a.m., with the parties to file a Rule 26(f) Joint Status Report by December 1, 2014;

WHEREAS, pursuant to stipulation and Court order entered on October 31, 2014, the time for Defendant's response to Plaintiff's complaint was extended to December 31, 2014;

WHEREAS, Defendant has not yet responded to Plaintiff's complaint or generally appeared in this action;

WHEREAS, the parties are engaged in ongoing settlement discussions and wish to continue those discussions before they prepare a Rule 26(f) Joint Status Report;

WHEREAS, the parties also are discussing amending the pleadings and possible arbitration if this matter should not settle;

WHEREAS, Defendant's counsel Alexander M. Porcaro will be traveling outside the United States from November 19, 2014 through December 7, 2014; and

WHEREAS both parties agree that good cause exists to continue the Initial Scheduling Conference to a convenient date after January 14, 2014;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND JOINTLY REQUEST THAT the Court continue the Initial Scheduling Conference to a convenient date after January 14, 2014.

RESPECTFULLY SUBMITTED,

Dated: November 14, 2014            FARELLA BRAUN + MARTEL LLP

By: /s/ Alexander M. Porcaro
    Alexander M. Porcaro

Attorneys for Defendant
DELL FINANCIAL SERVICES, LLC


Dated: November 14, 2014            PRICE LAW GROUP, APC

By: /s/ Stuart M. Price (as authorized on Nov. 14, 2014)
    Stuart M. Price

Attorneys for Plaintiff
FLOSERFIDA GARFIL

# [PROPOSED] ORDER

Based upon the joint request of Plaintiff FLOSERFIDA GARFIL and Defendant DELL FINANCIAL SERVICES, LLC, and for good cause shown, IT IS ORDERED THAT:

1. The Initial Scheduling Conference has been reset to January 26, 2015, at 9:00 a.m.
2. The parties shall file a Joint Status Report not later than fourteen (14) days prior to the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated: December 2, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge