C. Brandon Wisoff (State Bar No. 121930)
 bwisoff@fbm.com
Alexander M. Porcaro (State Bar No. 281185)
 aporcaro@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480

Attorneys for Defendant
DELL FINANCIAL SERVICES, LLC

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| FLOSERFIDA GARFIL, | Case No. 14-cv-01729-GEB-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 144)** |
| v. | |
| DELL FINANCIAL SERVICES, LLC, foreign limited liability company; and DOES 1 to 10, inclusive, | Complaint filed:        July 22, 2014<br>Complaint served:     August 11, 2014<br>Current response date: December 31, 2014<br>New response date:    January 30, 2015 |
| Defendants. | |

   Plaintiff FLOSERFIDA GARFIL ("Plaintiff") and Defendant DELL FINANCIAL

SERVICES, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and

agree as follows:

   WHEREAS, on July 22, 2014, Plaintiff filed her Complaint in this action;

   WHEREAS, on August 11, 2014, Plaintiff served Defendant with a copy of the Complaint

and Summons in a Civil Action;

   WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendant initially needed

to file and serve a response to Plaintiff's Complaint on or before September 2, 2014;

WHEREAS, pursuant to stipulation filed on August 22, 2014, the parties extended the time for Defendant's response by 28 days, to and including September 30, 2014, as authorized by Local Rule 144 without Court order;

WHEREAS, pursuant to stipulation and Court order entered on September 24, 2014, the time for Defendant's response was further extended to October 31, 2014;

WHEREAS, pursuant to stipulation and Court order entered on October 23, 2014, the time for Defendant's response was further extended to December 31, 2014;

WHEREAS, the parties are engaged in settlement discussions and wish to continue those discussions before Defendant must prepare and file a response to Plaintiff's Complaint;

WHEREAS, the parties also are discussing amending the pleadings and possible arbitration if this matter should not settle;

WHEREAS both parties have agreed that good cause exists to extend the time for Defendant to respond to Plaintiff's Complaint to and including January 30, 2015;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT Defendant shall have to and including January 30, 2015, to move, answer, or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: December 19, 2014         FARELLA BRAUN + MARTEL LLP

By: /s/ Alexander M. Porcaro
       Alexander M. Porcaro

Attorneys for Defendant
DELL FINANCIAL SERVICES, LLC

Dated: December 19, 2014         PRICE LAW GROUP, APC

By: /s/ Stuart M. Price (as authorized on Dec. 19, 2014)
       Stuart M. Price

Attorneys for Plaintiff
FLOSERFIDA GARFIL

STIPULATION & ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT         -2-         30674\4690292.1
Case No. 14-cv-01729-GEB-AC

# [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: December 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge